IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAMTERIOUS GORDON,

    Plaintiff,

                                     Case No. 20-cv-415-bbc

    v.

DANIEL VANDERWERFF, DANIEL
UNESKI, MICHAEL SCHULTZ, and
DAVID HESS,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

/s/                                                November 10, 2021

Peter Oppeneer, Clerk of Court                   Date